IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| Donna Friese, Individually and as Temporary Administrator of The Estate of Daniel Frank Friese, <br><br> Plaintiff, <br><br> vs. <br><br> Johnald Luis f/k/a John Luu, William Chadwick Cason, And Edward H. Losey, In Personam, <br><br> Defendants. | CIVIL ACTION NO. CV 406-195 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant Edward H. Losey, as the only parties who have appeared in this action, and, pursuant to Federal Rule of Civil Procedure 41(a)(1), file this Stipulation of Dismissal of this action with prejudice.

This 27TH day of MARCH, 2007.

[SIGNATURES ON FOLLOWING PAGE]

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

34

Respectfully submitted,

PORTMAN & RALEY, LLC

By: _____
CHARLES H. RALEY, JR.
GA BAR NO. 592792
31 Montgomery Street
Savannah, Georgia 31412
Phone: 912/233-4175

ATTORNEYS FOR PLAINTIFF

PERROTTA, CAHN & PRIETO, P.C.

By: _____
MICHAEL A. PRIETO, Esq.
GA BAR NO. 587236
102 North Bartow Street
Cartersville, GA 30120
Phone: 770/382-8900

ATTORNEY FOR DEFENDANT LOSEY